### Page 53

Captain Manchas - by Ms. Wolvovitz

the officers would be considered horseplay?

A. That could be considered horseplay. A lot depends upon the individuals involved in it.

Q. In what sense?

A. Well, if one person says no, I don't want to horseplay, I don't want to wrestle, I don't want to be handcuffed, then it's no longer horseplay.

Q. But if someone is participating or appears to be voluntarily going along, then even if they were cuffing someone, would that be considered horseplay?

A. The cuffs are a little bit different, you know. Wrestling around may be considered horseplay. Once you bring out the handcuffs, leg irons, something to that effect, it no longer is considered horseplay where you are restricting somebody's movement.

Q. Would you agree with some of the statements from your investigation that horseplay takes place all the time at SCI-Fayette?

A. No. I can't agree to that.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

### Page 54

Captain Manchas - by Ms. Wolvovitz

Q. Well, not all the time; that it's an everyday common occurrence among officers.

A. No. I would not even agree to that.

Q. Would you say that it is permitted among the officers that they horseplay around?

A. We don't permit horseplay.

Q. That's the official policy; is that correct?

A. That's the official policy.

Q. Why do you have that official policy?

A. To keep staff attentive on their job; to prevent complaints from staff or injuries or anything.

Q. During your investigation, did any of the officers say that Chisler was actually trained on October 7th, the date of this incident?

A. I believe Sergeant Johnston was the training sergeant at the time. He mentioned he was down there to train him, yes.

Q. Sergeant Johnston was his training sergeant on that day; is that correct?

A. Correct.

AMENT & AMENT

### Page 55

Captain Manchas - by Ms. Wolvovitz

Q. And Chisler was brought into the bubble in order to be trained?

A. Yes.

Q. But my question is this: Did Sergeant Johnston, to your knowledge, train Chisler on that day in any of the --

A. Restraint devices?

Q. -- in any of the things that he was supposed to train?

A. I don't know if the incident happened before he was trained, during, or after. So I can't answer that.

Q. Did anyone tell you about any training that took place on October 7th?

A. I can't recall, unless you let me look through my report.

Q. None of the individuals are mentioned in it.

A. Not that I recall.

Q. And as part of the training, the training sergeant would determine whether or not the cadet met the objectives that he was supposed to be trained on that day; correct?

A. Correct.

AMENT & AMENT
Court Reporting, LLC - Phone 412-793-6152

### Page 56

Captain Manchas - by Ms. Wolvovitz

Q. Did you conduct any additional investigative work after the PDCs were held?

A. Not that I recall. Pertaining to this case, not that I recall.

Q. Have you ever participated in horseplay with another corrections officer when you were coming up through the ranks?

A. Yes.

Q. Tell us about it.

A. It was probably about 1997. Myself and a couple other officers were up at the academy, and we were off duty and we started wrestling around.

Q. Anything else?

A. Not that I can recall.

Q. Did you ever hear officers talk about instances of horseplay that they were involved in or heard about?

A. No.

Q. At a recent training session, did you cuff some younger officers that were in RHU training?

A. At a recent what?

Q. Training, RHU training, did you cuff

AMENT & AMENT